Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

**8/11/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY:  CD  DEPUTY

Case Number  2:22-cr-00364-DSF

U.S.A. v.  HUSSAM SHAIB

Defendant Number  1

Year of Birth  1988

[✓] Indictment    [ ] Information

Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   March 20, 2019 - May 20, 2020

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[✓] Los Angeles      [ ] Ventura

[ ] Orange          [ ] Santa Barbara

[ ] Riverside        [ ] San Luis Obispo

[ ] San Bernardino   [ ] Other

Citation of Offense   22 U.S.C. § 2778; 50 U.S.C. § 4819

18 U.S.C. § 1956; 18 U.S.C. § 371

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[ ] No      [ ] Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related
if a previously filed indictment or information and the present
case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide Name:

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*   [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?

[ ] Yes*   [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or
Information?

[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

<u>**INTERPRETER**</u>

Is an interpreter required?    [✓] YES    [ ] NO

IF YES, list language and/or dialect:

Arabic

<u>**OTHER**</u>

[✓] Male    [ ] Female

[ ] U.S. Citizen    [✓] Alien

Alias Name(s)    Husam Shaib, Husam Chaaib

This defendant is charged in:

    [✓] All counts

    [ ] Only counts:

[ ] This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?    [ ] Yes    [✓] No

IF YES, should matter be sealed?    [ ] Yes    [✓] No

The area(s) of substantive law that will be involved in this case
include(s):

[ ] financial institution fraud    [ ] public corruption

[ ] government fraud    [ ] tax offenses

[ ] environmental issues    [✓] mail/wire fraud

[ ] narcotics offenses    [ ] immigration offenses

[ ] violent crimes/firearms    [ ] corporate fraud

[✓] Other    export crimes

<u>**CUSTODY STATUS**</u>

<u>Defendant is **not in custody**</u>:

  a. Date and time of arrest on complaint: _____

  b. Posted bond at complaint level on: _____

     in the amount of $ _____

  c. PSA supervision?    [ ] Yes    [ ] No

  d. Is on bail or release from another district:

_____

<u>Defendant is **in custody**</u>:

  a. Place of incarceration:    [ ] State    [ ] Federal

  b. Name of Institution: _____

  c. If Federal, U.S. Marshals Service Registration Number:

  d. [ ] Solely on this charge. Date and time of arrest:

_____

  e. On another conviction:    [ ] Yes    [ ] No

    IF YES :    [ ] State    [ ] Federal    [ ] Writ of Issue

  f. Awaiting trial on other charges:    [ ] Yes    [ ] No

    IF YES :    [ ] State    [ ] Federal    AND

    Name of Court: _____

    Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.    20 _____    21 _____    40 _____

<u>**EXCLUDABLE TIME**</u>

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

Date    08/10/2022

Signature of Assistant U.S. Attorney

Reema M. El-Amamy

Print Name